IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD E. CARLSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel Alan Stoler,

IT IS ORDERED that Defendant Carlson's sentencing is continued to Tuesday, August 30, 2005, from 12:00-1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 12, 2005.                             BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge