IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3056 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD E. CARLSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that **SEALED** Document Number 22 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike **SEALED** Document Number 22 from the record.  The party is directed to re-file the document.

DATED this 7th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge